FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROSEMARY SEWELL, an individual,

Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant.

No. 2:25-CV-00477-JAG

ORDER DISMISSING CASE WITH PREJUDICE

The parties' Stipulated Motion for Dismissal Pursuant to FRCP 41(a)(1)(A), **ECF No. 18**, is **GRANTED**. Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendant in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any Party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED September 25, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE